UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMES R. HILLIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:14-0033 |
| | ) | Judge Sharp |
| JOANNE CLOUSE, individually, | ) | |
| ROY PHIPPS, individually, and | ) | |
| GABE FRIZZELL, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reason set forth in the accompanying Memorandum, Defendants' Motion for Summary Judgment (Docket No. 20) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Plaintiff's illegal arrest claim, but DENIED with respect to his excessive force claim.

A jury trial in this case will commence at 9:00 a.m. on November 17, 2015, and the final pretrial conference will be held on November 2, 2015, both as previously scheduled.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE